SHERYL K. ITH [SBN 225071]
JENNIFER H. WANG [SBN 242998]
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Movant,
CREDIT ACCEPTANCE CORPORATION

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, MODESTO DIVISION

| | |
|---|---|
| In re<br><br>RICARDO SUAREZ MARTINEZ and<br>EVA CRUZ HERNANDEZ,<br><br>                             Debtors.<br><br>CREDIT ACCEPTANCE<br>CORPORATION,<br><br>                             Movant.<br>vs.<br><br>RICARDO SUAREZ MARTINEZ and<br>EVA CRUZ HERNANDEZ; and<br>RUSSELL D. GREER, Trustee,<br><br>                            Respondents. | Case No. 16-91153-D-13G<br><br>DC No: JHW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date:     June 27, 2017<br>Time:    10:00 am<br>Dept:    Suite 4 |

       CREDIT ACCEPTANCE CORPORATION ("Movant") moves this Court for relief from the automatic stay of 11 U.S.C. §362 based upon the following:

       1.    On February 28, 2015, Debtors entered into a Retail Installment Contract with Movant ("Contract") for the purchase of a 2003 Nissan Maxima, VIN: JN1DA31A23T430027 ("the Vehicle"). The Contract was subsequently assigned to Movant in the ordinary course of business. (Declaration of Alicia Ford, and Exhibit "A" to the List of Exhibits filed herewith).

       2.    Movant is, and has been since the date of this transaction, the lienholder of the Vehicle. Attached as Exhibit "B" to the List of Exhibits is a true and correct copy of the duly

recorded Electronic "paperless" title information maintained in the database of the California Department of Motor Vehicles evidencing Movant's interest in the Vehicle. (Declaration of Alicia Ford, Exhibit "B").

3. Movant has been informed that the Vehicle was involved in a collision on March 3, 2017. The Vehicle was declared a total loss by Debtors' insurer, National General Insurance. Debtors' claim number with National General Insurance is 2723090, and Movant is named the loss payee.

4. Movant seeks relief from the automatic stay in order to recover only the insurance proceeds in the amount of $3,474.76 with respect to the Vehicle.

## GROUNDS FOR RELIEF FROM STAY

Pursuant to 11 U.S.C. §362(d), Movant's secured collateral was declared a total loss, and Movant seeks recovery only of insurance proceeds.

WHEREFORE, Movant prays judgment as follows:

1. Terminating the automatic stay as to Movant, its successors and assigns;

2. Allowing Movant to proceed under applicable non-bankruptcy law to recover the insurance proceeds;

3. That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived;

4. For such other and further relief as the court deems just and proper.

DATED: May 19, 2017            COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
JENNIFER H. WANG
Attorneys for Movant